UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:08-CR-00072-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEREMY ALEXANDER DOE | ) | |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket Entry 116 and its exhibits, which is Defendant's Memorandum in Support of his Motion for Compassionate Release. For good cause shown, Defendant's motion is GRANTED.

The Clerk of Court is DIRECTED to seal Docket Entry 116.

This __27__ day of October, 2025.

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE