IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-72-D

UNITED STATES OF AMERICA,              )
                                       )
        v.                             )          **ORDER**
                                       )
JEREMY ALEXANDER DOE,                  )
                                       )
                Defendant.             )

The court is very familiar with this case. See [D.E. 1, 23, 28, 29, 30, 31, 58, 59, 60, 77,

89, 93, 94, 95, 107]. For the reasons stated in the United States' response in opposition to

defendant's third motion for compassionate release, [D.E. 118] 4–12, the court DENIES

defendant's latest motion for compassionate release [D.E. 109].

SO ORDERED. This 27 day of October, 2025.

JAMES C. DEVER III
United States District Judge